NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**XIAOHUA HUANG,**

*Plaintiff-Appellee*

**v.**

**TETRAMEM, INC.,**

*Defendant-Appellant*

---

2025-1878

---

Appeal from the United States District Court for the Northern District of California in No. 5:24-cv-07181-PCP, Judge P. Casey Pitts.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

TetraMem, Inc. moves to dismiss its appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure "request[ing] that each side bear its own costs," ECF No. 5-1 at 5.  Xiaohua Huang has not filed an opposition.

Upon consideration thereof,

2                                         HUANG v. TETRAMEM, INC.

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

November 14, 2025
        Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: November 14, 2025